STATE v. BLACKMON

No. 650P01

Case below: 146 N.C. App. 749

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 31 January 2002.

STATE v. CARPENTER

No. 696P01

Case below: 147 N.C. App. 386

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero moto 31 January 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

STATE v. CHAMBERLAIN

No. 664P01

Case below: 146 N.C. App. 752

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

STATE v. CORNELL

No. 530P01

Case below: 145 N.C. App. 237

Petition by petitioners (Connecticut Indemnity Co. and Black Jack Bail Bonds) for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

STATE v. CRAIG

No. 257A82-4

Case below: Cabarrus County Superior Court

Motion by Attorney General to reconsider the Court's February 1, 2001 order remanding case to superior court dismissed 8 January 2002.